FILED
U.S. DISTRICT COURT
SAVANNAH DIV.

2015 MAR 16 PM 6: 12

CLERK_____
SO. DIST. OF GA.

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF GEORGIA**
**SAVANNAH DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | **ORDER TO DISMISS** |
| | ) | |
| v. | ) | **4:11-PO-00115** |
| | ) | |
| **THAMICKA R. MORGAN** | ) | |

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, the information in the

above-captioned case is dismissed as requested by the United States Attorney.

SO ORDERED, this ___/3ᵀ²___ day of March, 2015.

_____

HONORABLE G.R. SMITH
MAGISTRATE JUDGE
UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA